

# SUPREME COURT OF ARKANSAS

No. CV–13–834

| | |
|---|---|
| SAMANTHA VILLASALDO<br>APPELLANT | **Opinion Delivered** October 10, 2013 |
| V. | MOTION FOR RULE ON CLERK |
| ARKANSAS DEPARTMENT OF<br>HUMAN SERVICES<br>APPELLEES | <u>GRANTED</u>. |

**PER CURIAM**

Appellant, Samantha Villasaldo, by and through her attorney, H. Keith Morrison, has filed a motion for rule on clerk. The circuit court entered an order on June 11, 2013, terminating Villasaldo's parental rights. Villasaldo filed a notice of appeal on June 24, 2013.

Pursuant to Arkansas Supreme Court Rule 6-9(d) (2013), in dependency–neglect cases, the record shall be filed with the Clerk of the Supreme Court within seventy days of the filing of the notice of appeal. Here, Attorney Morrison tendered the record on September 16, 2013, fourteen days after it was due.

Where an attorney candidly admits fault for failing to perfect an appeal, we will grant the motion for rule on clerk, and a copy of the opinion will be forwarded to the Committee on Professional Conduct. *See McDonald v. State*, 356 Ark. 106, 146 S.W.3d 883 (2004). Attorney Morrison states in the motion that he accepts full responsibility for failing to ensure that the correct date was calculated for the record due date and for failing to timely lodge the



record with the court. Accordingly, we grant the motion and forward a copy of this motion to the Committee.

Motion granted.